## RECONSIDERATION DOCKET

**98–1814. State ex rel. Bona v. Orange.**
Cuyahoga App. No. 74790. Reported at 85 Ohio St.3d 18, 706 N.E.2d 771. On motion for reconsideration. Motion denied.

PFEIFER, J., dissents.

**98–2497. State v. Owen.**
Butler App. No. CA97–12–229. Reported at 85 Ohio St.3d 1423, 707 N.E.2d 515. On motion for reconsideration. Motion denied.

**98–2604. State v. Sherrills.**
Cuyahoga App. No. 56777. Reported at 85 Ohio St.3d 1424, 707 N.E.2d 515. On motion for reconsideration. Motion denied.

**98–2617. State v. Evans.**
Cuyahoga App. No. 72330. Reported at 85 Ohio St.3d 1424, 707 N.E.2d 515. On motion for reconsideration. Motion denied.

**98–2626. Krain v. State Med. Bd. of Ohio.**
Franklin App. No. 97APE08–981. Reported at 85 Ohio St.3d 1425, 707 N.E.2d 515. On motion for reconsideration and on motion for stay of court of common pleas' judgment. Motions denied.

MOYER, C.J., DOUGLAS and RESNICK, JJ., dissent.

**99–126. State ex rel. Davet v. Griffin.**
In Mandamus. Reported at 85 Ohio St.3d 1423, 707 N.E.2d 514. On motion for reconsideration. Motion denied.

**99–341. Donnell v. Weaver.**
In Prohibition. Reported at 85 Ohio St.3d 1423, 707 N.E.2d 514. On motion for reconsideration. Motion denied.

DOUGLAS and RESNICK, JJ., not participating.

## MISCELLANEOUS DISMISSALS

**99–324. Harper v. Cincinnati Ins. Co.**
Defiance App. No. 4–98–03. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.